# Exhibit A

*"If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a copyright strike. **If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated.**"*



**YouTube's "Rules & Policies"**

(Screenshot captured on: April 22, 2021)

*"If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period.* **After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled.** *During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes.* **If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved.** *If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted."*

> **Courtesy Period**
>
> If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period. After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled. During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes. If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved. If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted.

**YouTube's "7 Day courtesy period"**

(Screenshot captured on: April 22, 2021)

*"Your channel's live streaming ability will be automatically turned off [if] your live stream or archived live stream gets a copyright takedown . . . If your account has been restricted from live streaming, you're prohibited from using another channel to live stream on YouTube. This restriction applies for as long as it remains active on your account. Violation of this restriction is considered circumvention under our Terms of Service and may result in termination of your account."*

> Your channel's live streaming ability will be automatically turned off for any of the following reasons:
>
> - Your channel got a Community Guidelines strike.
> - Your live stream or archived live stream is blocked globally.
> - Your live stream or archived live stream gets a copyright takedown.
> - Your live stream matches another copyrighted live broadcast.
> - You've reached your daily limit for creating live streams. You can try again in 24 hours.
>
> In addition, for channels that have a significant number of videos with features disabled, live streaming functionality may also be disabled. You can check if your channel has any strikes, and check whether you currently have access to live streaming here.
>
> If your account has been restricted from live streaming, you're prohibited from using another channel to live stream on YouTube. This restriction applies for as long as it remains active on your account. Violation of this restriction is considered circumvention under our Terms of Service and may result in termination of your account. If you suggest that you'll live stream content that violates our Community Guidelines, we may age-restrict or remove your live stream or remove your channel's ability to live stream. We will also remove live streams that show someone holding, handling, or transporting a firearm.

**"Restrictions on live streaming"**

(Screenshot captured on: April 22, 2021)



Our commitments ⌄   Product features ⌄   User settings ⌄   Rules and policies ⌄   Progress and impact ⌄

RULES AND POLICIES

# Copyright



- Overview
- Fair Use
- Making claims
- **Enforcing copyright**

## What action does YouTube take for copyright infringement?

If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a **copyright strike**. If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated. We also have tools to help Creators resolve their copyright strikes - including waiting for it to expire after 90 days, requesting a retraction, or submitting a counter notification.

Content ID works differently. If a match between a reference file and a new upload is made, a "claim" is made. Based on the preference selected by the Content ID owner, we'll apply a policy to track, monetize, or block, but will not issue a copyright strike.

**Resources**

Learn more about copyright strike ↗

Retract a claim of copyright infringement ↗

Submit a counter notification ↗

## Related articles



☰ YouTube Help    🔍 Describe your issue                               

**Help Center**   Community                                            YouTube ↗

Fix a problem | Watch videos | Manage your account & settings | Supervised experience on YouTube | Join & manage YouTube Premium | Crea >

Copyright and rights management  >  Copyright claim basics  >  **Copyright strike basics**

# Copyright strike basics

### Copyright claim basics

- What is a Content ID claim?
- **Copyright strike basics**
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

> This content is about copyright strikes. If you're looking for info about Community Guidelines strikes, which are different than copyright strikes, go to our Community Guideline strikes basics.

If you get a copyright strike, it means that a copyright owner submitted a complete and valid legal takedown request for using their copyright-protected content. When we get this type of formal notification, we take down your video to comply with copyright law.

A video can only have one copyright strike at a time. Keep in mind that videos can be removed from the site for reasons other than copyright. Also, Content ID claims don't result in a strike.

 Deleting a video with a strike won't resolve your strike. Learn how to resolve a copyright strike below.

## What happens when you get a copyright strike    ∧

We all make mistakes. When you get a copyright strike, it acts as a warning. The first time you get a copyright strike, you'll need to go through Copyright School. Copyright School helps creators understand copyright and how it's enforced at YouTube.

Copyright strikes may affect your ability to monetize. In addition, if your live stream is removed for copyright, your access to live streaming will be restricted for 90 days.

If you get 3 copyright strikes:

- Your account, along with any associated channels, is subject to termination.
- All the videos uploaded to your account will be removed.
- You can't create new channels.

## Courtesy Period    ∧

If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period. After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled. During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes. If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved. If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted.

## How to get info about your strike    ∧

1. Sign in to YouTube Studio ↗.
2. From the left menu, click **Content**.
3. Filter ≡ for **Copyright claims**.
4. Hover over "Copyright claim" in the Restrictions column and click SEE DETAILS.

## Resolve a copyright strike    ∧

There are three ways to resolve a copyright strike:

1. **Wait for it to expire:** Copyright strikes expire after 90 days. If it's your first strike, you'll need to complete Copyright School.
2. **Get a retraction:** You can get in touch with the person who claimed your video and ask them to retract their claim of copyright infringement.
3. **Submit a counter notification:** If you think your video was removed by mistake, or qualifies as fair use, you can submit a counter notification.

## Watch to learn more

Check out the following video from the YouTube Creators channel to learn the basics of copyright strikes.



 Give feedback about this article

---

**Sorry about that**

How can we improve it?

Submit

---

## Need more help?

Try these next steps:



**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there

---



☰ YouTube Help    🔍 Describe your issue     

**Help Center**    Community        YouTube ↗

Fix a problem    Watch videos    Manage your account & settings    Supervised experience on YouTube    Join & manage YouTube Premium    Create & >

Live stream on YouTube > Restrictions on live streaming

# Restrictions on live streaming

 To live stream on mobile, your channel will need to have at least 1,000 subscribers.

Note that this eligibility threshold does not apply to other live streaming tools. Creators who have less than 1,000 subscribers can still live stream through a computer and webcam.

Your channel's live streaming ability will be automatically turned off for any of the following reasons:

- Your channel got a Community Guidelines strike.
- Your live stream or archived live stream is blocked globally.
- Your live stream or archived live stream gets a copyright takedown.
- Your live stream matches another copyrighted live broadcast.
- You've reached your daily limit for creating live streams. You can try again in 24 hours.

In addition, for channels that have a significant number of videos with features disabled ↗, live streaming functionality may also be disabled. You can check if your channel has any strikes, and check whether you currently have access to live streaming here ↗.

If your account has been restricted from live streaming, you're prohibited from using another channel to live stream on YouTube. This restriction applies for as long as it remains active on your account. Violation of this restriction is considered circumvention under our Terms of Service ↗ and may result in termination of your account. If you suggest that you'll live stream content that violates our Community Guidelines, we may age-restrict or remove your live stream or remove your channel's ability to live stream. We will also remove live streams that show someone holding, handling, or transporting a firearm.

## 'Made for kids' restrictions

If your channel or live stream's audience is set as made for kids, some features will be turned off or restricted. Here are just a few examples -- see a complete list of features.

**Disabled features**

- **Live chat**: Live chat, and subsequently, live chat replay and Super Chat.
- **Comments**: Comments on live stream archives and upcoming streams.
- **Reminder notifications**: Reminder notifications for upcoming streams.

**Restricted features**

- **Highlight videos**: Highlight videos created from a source video set as made for kids will have the same restrictions as the original.
- **Ads**: Personalized ads will be disabled on live streams and Premieres. Contextual ads may be shown.

## Live streams featuring minors

In order to better protect minors on YouTube, we do not allow children under the age of 13 to live stream unless they are visibly accompanied by an adult. Channels not in compliance with this policy may lose their ability to live stream.

## Ads

As a reminder - Advertiser-Friendly Guidelines and Restrictions on Paid product placements and endorsements apply to live streams too.

💬 Give feedback about this article

---

**Live stream on YouTube**

📄 Troubleshoot your YouTube live stream

📄 Restrictions on live streaming

📄 Live streaming error messages

📄 Copyright issues with live streams












©2021 Google - Privacy Policy - YouTube Terms of Service          English

