# Exhibit D

**YouTube Copyright Complaint Submission**   

 YouTube Copyright <youtube-disputes+2moue4l4pugb707@google.com>   Sat, Jan 2, 2:37 PM
to me



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Business Casual

Your Full Legal Name (Aliases, usernames or initials not accepted): Alex Edson
Your Title or Job Position (What is your authority to make this complaint?): CEO (original content creator)

Address:



Username: Business Casual
Email Address: alex@casual.yt
Phone:

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=NsVlUcRZa2Y
Describe the work allegedly infringed: My company, organization or client's YouTube video was reuploaded by another user
- YouTube URL: http://www.youtube.com/watch?v=5jjdErDkDZE
- Where does the content appear?
  The content appears in the targeted video from 13:01 to 13:04
  It appears in your source video from 20:45 to 20:52

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Alex Edson

Sincerely,

— The YouTube Team

Help center · Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA





 **YouTube Copyright** <youtube-disputes+2moue4l4pugb707@google.com>
to me

Wed, Jan 6, 2:46 AM  

> ### ▶ YouTube
>
> Hi Business Casual,
>
> Hello, We've received your complaint and determined it requires further examination. We'll get back to you once we've completed our review. Sincerely, The YouTube Team
>
> - The YouTube Team
>
> ...
>
> Help center · Email options
>
> ©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

 **YouTube Copyright** <youtube-disputes+2moue4l4pugb707@google.com>
to me

Mon, Jan 11, 9:45 AM  



> ### ▶ YouTube
>
> Hi Business Casual,
>
> Thank you very much for your notification. The content has been removed.
>
> You may take back your claim of copyright infringement at any time if you change your mind.
>
> ...
>
> Help center · Email options
>
> ©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA