# Exhibit E

YouTube Copyright Complaint Submission



 **YouTube Copyright** <youtube-disputes+2e1v5nhol3ael07@google.com>
to me ▾

Tue, Feb 9, 10:25 PM ☆ ↩ ⋮



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Business Casual

Your Full Legal Name (Aliases, usernames or initials not accepted): Alex Edson
Your Title or Job Position (What is your authority to make this complaint?): I am the original creator.

Address:
5745 N Scottsdale Rd Suite B-110
Scottsdale, AZ 85250
US

Username: Business Casual
Email Address: alex@casual.yl
Phone: 480-582-8982

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ju5ScQ-yibw
Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  ◦ YouTube URL: http://www.youtube.com/watch?v=9saLsvWcppw
  ◦ Where does the content appear?
    The content appears in the targeted video from 15:17 to 15:24
    It appears in your source video from 7:23 to 7:30

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Alex Edson

Sincerely,

— The YouTube Team

Help center · Email options

©2021 YouTube, LLC 901 Cherry Ave. San Bruno, CA 94066, USA





**YouTube Copyright** <youtube-disputes+2e1v5nhol3ael07@google.com>
to me

Sat, Feb 13, 10:44 AM   ☆   ↩   ⋮



Hi Business Casual,

We are very concerned that your copyright notification may not be valid for some or all of the videos identified in your notification. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified in your notification, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Thank you very much for your cooperation.

- The YouTube Team

...

Help center · Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



**Alex Edson**

Sat, Feb 13, 11:39 AM   ☆

YouTube and Google are defending the Russian government. That, or, YouTube copyright made a mistake (which has happened before). My second copyright strike is b



**Alex Edson** <alex@casual.yt>
to YouTube

Sat, Feb 13, 5:42 PM   ☆   ↩   ⋮

Dear YouTube Team:

Thank you for your message.

For the avoidance of any doubt or confusion whatsoever: the infringing footage contained in RT Arabic's video is, indeed, copyrighted content stolen directly from Business Casual's original video.

The content contained in Business Casual's original video is not just an image of John D. Rockefeller – it is a completely original, new, and unique, work of art.

For context, Business Casual's videos utilize a proprietary parallax video editing method, which consists of layering several images on top of one another to create a 3-D depth of field (making images "come to life"). To verify that this content was indeed created by Business Casual, I have attached a video below from my video editor showing that Business Casual created this scene specifically for our original video:

https://drive.google.com/file/d/1GJHkAGesi2MK1qx3Cyc2bEXxwVqY_78_/view

This unlicensed and brazen use of Business Casual's content is virtually identical to RT Arabic's prior illegal use of Business Casual content in another RT Arabic video [URL: https://www.youtube.com/watch?v=NsVlUcRZa2Y] which was declared by YouTube on January 11th, 2021, to be in violation of the YouTube Terms of Service.

Reference Case ID: youtube-disputes+2moue4l4pugb707@google.com

Screenshot of the case here: https://drive.google.com/file/d/19Hz4gCx7x4VT3ahpPFh8MfPtUQWPguL7/view

This subsequent violation of the YouTube Terms of Service by RT Arabic is an analogue to their first copyright violation (case ID referenced above), in which RT Arabic admitted to me in writing that they had outright stolen my content:

Karyaeva Albina
to me

Dear Alex,

Yes, you are right. I am terribly sorry about the use of your material in our project. Due to an oversight and misunderstanding here, my colleagues used this fragment without your permission. In this respect, we are willing to make this right with you.

We are ready to pull our entire project from circulation and remove your copyrighted material if you retract the strike. Or alternatively, we can discuss the settlement offer. Pls let me know how we can resolve the matter.

Thanks in advance and look forward from hearing from you.

Kind regards,
Albina Karyaeva
Copyright producer
RT (Russia Today TV)

---

RT Arabic has effectively "done it again."

They have simply taken my proprietary content – without my permission or credit to Business Casual (even going so far as to remove the Business Casual watermark) and used it on the RT Arabic channel in violation of the YouTube Terms of Service and ultimately in violation of U.S. copyright laws including 17 U.S.C. §107.

Please allow the remainder of this email to answer your other questions contained in your prior email

**How much of your copyrighted work is used?**

8 seconds (from 15:16 – 15:24).

URL of infringing content: https://www.youtube.com/watch?v=ju5ScQ-yibw&t=916

**How is the market for your original work affected by this use?**

Parallax is a signature branding mark for the Business Casual brand. As such, having Business Casual content featured in RT Arabic's propagandic videos is extremely detrimental to the Business Casual brand and has a material negative impact on the value of Business Casual's proprietary content. Additionally, having my proprietary content associated with a quasi-political entity such as RT and RT Arabic denigrates the value of my brand.

**Does this use significantly transform your original work, or does it serve the same purpose?**

No. RT Arabic does not make any effort whatsoever to significantly transform my work.

By comparing Business Casual's original video to RT Arabic's infringing video, side-by-side, you can clearly see that RT Arabic's infringing video is a direct rip-off of Business Casual's original video.

 

It must be noted for the official record that RT Arabic deliberately modified the saturation of their video and added their own watermark in an effort to skirt YouTube's Content ID system (making it impossible for YouTube's Content Matching Tool to detect my company's original content on their channel).

**Does this use fall into an exception to copyright protection?**

No. The current facts and circumstances do not meet the requirements of use of my proprietary content under any "fair use" standard.

There was no "significant transformation" of my proprietary content; and, to add insult to injury, no attribution (i.e. on-screen credit mentioning the footage is from Business Casual) was provided.

Simply changing the saturation of the original content, deleting my company's watermark, and adding their own RT watermark is not "transformative." Otherwise, a very dangerous new precedent would be set allowing for content to be used without permission, without legitimate transformation, and without attribution, which would be extremely detrimental to all creators on the YouTube platform.

...

**2 Attachments**

 



**Alex Edson** · Sat, Feb 13, 5:43 PM · ☆
---------- Forwarded message --------- From: Alex Edson <alex@casual.yt> Date: Sat, Feb 13, 2021 at 5:42 PM Subject: Re: YouTube Copyright Complaint Submission

**Alex Edson** · Sat, Feb 13, 5:44 PM · ☆
I sent the letter to YouTube re: strike #2. Will keep you posted. Thanks again for your help with this!

**Alex Edson** · Sat, Feb 13, 5:46 PM · ☆
---------- Forwarded message --------- From: YouTube Copyright <youtube-disputes+2e1v5nhol3ael07@google.com> Date: Sat, Feb 13, 2021 at 10:44 AM Subject: YouTub

**Alex Edson** · Sat, Feb 13, 5:48 PM · ☆
---------- Forwarded message --------- From: Alex Edson <alex@casual.yt> Date: Sat, Feb 13, 2021 at 5:42 PM Subject: Re: YouTube Copyright Complaint Submission

**Alex Edson** · Sat, Feb 13, 5:49 PM · ☆
---------- Forwarded message --------- From: Alex Edson <alex@casual.yt> Date: Sat, Feb 13, 2021 at 5:42 PM Subject: Re: YouTube Copyright Complaint Submission

**YouTube Copyright** <youtube-disputes+2e1v5nhol3ael07@google.com> · Sun, Feb 14, 7:39 AM · ☆ ↩ ⋮
to me ▾



Hi Business Casual,

We've received your complaint and determined it requires further examination. We'll get back to you once we've completed our review.

•••

Help center • Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Update Request: Copyright Infringement Complaint

  

 **Alex Edson** <alex@casual.yt>
to Daniel, Stephanie ⌄

Sun, Feb 21, 5:19 PM  ☆  ↩  ⋮

Hi Stephanie and Daniel,

I hope you're both doing well.

Would you be kind enough to please check on the status of a copyright infringement complaint I submitted?

YouTube's Copyright team informed me 7 days ago that they'd get back to me but I still have not yet heard from them (see below).

Case ID: youtube-disputes+2e1v5nhol3ael07@google.com



I have attached a copy of my copyright infringement complaint to this email.

–

**ALEX EDSON**
**CEO | Business Casual**
youtube.com/BusinessCasual





 **yt-au-support@google.com**
to me, dstephenson, yt-au-support ⌄

Sun, Feb 21, 5:52 PM  ☆  ↩  ⋮

Hi Alex,

The video has been removed based on your complaint. Video link here –  https://www.youtube.com/watch?v=3AoklYKBz8

Thanks,

Steph

**Partner Operations**



*We value your feedback! If you receive a survey, please take a minute to rate your support experience.*

*Please note that this email is monitored during Monday-Friday business hours.*

•••

On Mon, Feb 22, 2021 at 00:20 UTC alex@casual.yt wrote:
    Hi Stephanie and Daniel,

    I hope you're both doing well..

Would you be kind enough to please check on the status of a copyright infringement complaint I submitted?

YouTube's Copyright team informed me 7 days ago that they'd get back to me but I still have not yet heard from them (see below).

Case ID: youtube-disputes+2e1v5nhol3ael07@google.com

 YT's Email.png

I have attached a copy of my copyright infringement complaint to this email.

--
**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



 **Alex Edson** <alex@casual.yt>
to Stephanie, Daniel

Mon, Feb 22, 1:47 AM    

Hi Steph,

I believe there has been a misunderstanding.

I appreciate YouTube taking down the infringing livestream but my previous email was actually in regard to *another* copyright infringement of Business Casual's completely original content by RT Arabic.

**Here is the link to the infringing video: https://www.youtube.com/watch?v=ju5ScQ-yibw&t=15m17s**

^ The infringing content begins at **15:17** and ends at **15:24 (15:27 – 15:24).**

**Here is the link to my original video: https://www.youtube.com/watch?v=9saLsvWcppw&t=7m22s**

My original content appears at **7:22** and ends at **7:30**.

As detailed in my copyright takedown complaint submitted to YouTube over a week ago, you can clearly see that RT Arabic's video is a direct rip-off of Business Casual's video (they even went so far as to remove Business Casual's watermark).

A copy of my complaint is attached to this email, again (it's also attached to my previous email).

**Can you please confirm when the infringing video will be removed from YouTube?**



Hi Alex,

The video has been removed based on your complaint. Video link here - https://www.youtube.com/watch?v=3AokfYKBz8

Thanks,

Steph

**Partner Operations**



*We value your feedback! If you receive a survey, please take a minute to rate your support experience.*

*Please note that this email is monitored during Monday-Friday business hours.*

On Mon, Feb 22, 2021 at 00:20 UTC alex@casual.yt wrote:
Hi Stephanie and Daniel,

I hope you're both doing well.

Would you be kind enough to please check on the status of a copyright infringement complaint I submitted?

YouTube's Copyright team informed me 7 days ago that they'd get back to me but I still have not yet heard from them (see below).

Case ID: youtube-disputes+2e1v5nhol3ael07@google.com

YT's Email.png

I have attached a copy of my copyright infringement complaint to this email.

--
**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



--
**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



 

 Daniel Stephenson <dstephenson@google.com>
to me ▾

Mon, Feb 22, 6:52 PM   ☆   ↩   ⋮

*Steph to bcc*

G'day Alex,

Dan here, hope you've been well.

I wanted to jump in to make sure you are in the right spot for the most relevant support.

The folks on (copyright@youtube.com) are the domain experts on copyright and have authority to support on these issues specifically. Please feel free to follow up directly with the copyright team on (copyright@youtube.com) to address this specific issue and for any copyright issues going forward.

This alias (yt-au-support@google.com) is the support path for local creators that we directly manage through the Aussie partner program for topics such as channel operations. Any questions relating to Economics Explained specifically, feel free to reach out to us here.

For general questions (non copyright) relating to other channels (e.g. Business Casual), the right support path will be here.

Hope this helps.

Best,
Dan.
...

On Mon, Feb 22, 2021 at 7:47 PM Alex Edson <alex@casual.yt> wrote:

Hi Steph,

I believe there has been a misunderstanding.

I appreciate YouTube taking down the infringing livestream but my previous email was actually in regard to *another* copyright infringement of Business Casual's completely original content by RT Arabic.

**Here is the link to the infringing video: https://www.youtube.com/watch?v=ju5ScQ-yibw&t=15m17s**

^ The infringing content begins at **15:17** and ends at **15:24 (15:27 – 15:24).**

**Here is the link to my original video: https://www.youtube.com/watch?v=9saLsvWcppw&t=7m22s**

My original content appears at **7:22** and ends at **7:30**.

As detailed in my copyright takedown complaint submitted to YouTube over a week ago, you can clearly see that RT Arabic's video is a direct rip-off of Business Casual's video (they even went so far as to remove Business Casual's watermark).

A copy of my complaint is attached to this email, again (it's also attached to my previous email).

**Can you please confirm when the infringing video will be removed from YouTube?**



On Sun, Feb 21, 2021 at 5:52 PM <yt-au-support@google.com> wrote:

Hi Alex,

The video has been removed based on your complaint. Video link here - https://www.youtube.com/watch?v=3AokIYKBz8

Thanks,

Steph

**Partner Operations**



*We value your feedback! If you receive a survey, please take a minute to rate your support experience.*

*Please note that this email is monitored during Monday-Friday business hours.*

On Mon, Feb 22, 2021 at 00:20 UTC alex@casual.yt wrote:

Hi Stephanie and Daniel,

I hope you're both doing well.

Would you be kind enough to please check on the status of a copyright infringement complaint I submitted?

YouTube's Copyright team informed me 7 days ago that they'd get back to me but I still have not yet heard from them (see below).

Case ID: youtube-disputes+2e1v5nhol3ael07@google.com

 YT's Email.png

I have attached a copy of my copyright infringement complaint to this email.

--
**ALEX EDSON**
**CEO | Business Casual**
**youtube.com/BusinessCasual**



--
**ALEX EDSON**
**CEO | Business Casual**
**youtube.com/BusinessCasual**



--
Daniel Stephenson
Content Partnerships Manager
YouTube

48 Pirrama Rd, Level 5
Pyrmont NSW 2009

---



**Alex Edson** <alex@casual.yt>                                    Mon, Feb 22, 7:01 PM   ☆   ↩   ⋮
to Daniel ▾

Thanks for clarifying, Dan!

•••

---



**Alex Edson** <alex@casual.yt>                                    Thu, Mar 4, 3:01 AM   ☆   ↩   ⋮
to Stephanie, Daniel ▾

Hello Daniel and Stephanie,

I hope you're both well.

I'm very sorry to bother you with this issue again but I have been unable to get any support whatsoever from YouTube or Google's live chat or email team.

I submitted my copyright infringement complaint nearly a month ago and YouTube *still* hasn't taken down the infringing content.

My YouTube dashboard tells me: "info needed" and to "see email" ... however, this must be a glitch with YouTube because I haven't received anything from YouTube or Google.

Screenshot of glitch:



As mentioned, I originally submitted my copyright infringement complaint on February 9th (23 days ago).

I was told on February 14th (18 days ago) that I would hear back from YouTube's Copyright Team (see below). I have heard nothing.



I then re-submitted my copyright takedown complaint by letter format (due to the bug that I described above which is incorrectly instructing me to "check my email" for "information needed").

The letter (written by my attorney) was submitted, by me, to YouTube's Copyright Team on February 25th (7 days ago).

Once again, I have heard nothing.

Here is a copy of my lawyer's February 25th letter that I sent to YouTube's Copyright Team:

- https://drive.google.com/file/d/1DL9NxF5Y56HnR2Naue8vbu12SYv-O7X5/view

It appears that YouTube/Google is ignoring my valid DMCA takedown request. This is quite surprising because your team is usually swift in taking down infringing content.

- Case ID: youtube-disputes+262vh49wtnc4x0q@google.com

I kindly request any assistance you're able to provide (e.g. an email to any senior people at YouTube's Legal Team) in resolving this matter.

Sincerely yours,

Alex Edson

CEO, Business Casual (https://www.youtube.com/BusinessCasual)

...

PDF  Alex Edson's Febru...

↩ Reply      ↩↩ Reply all      ➡ Forward

Formal Copyright Infringement Notification  Inbox ×                          

  **Alex Edson** ‹alex@casual.ya›                                        Feb 25, 2021, 8:03 PM  ☆  ↰  ⋮
to copyright ▾

Dear YouTube Copyright Team

*I, Alex Edson, have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.*

*The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.*

Please accept this additional information in support of the pending copyright takedown complaint filed by me on February 9th, 2021, and supplemental information filed by me on February 13th, 2021, to you by letter format. As previously communicated, my company's proprietary content in the form of my original video, *"How Rockefeller Built His Trillion Dollar Oil Empire,"* has been illegally copied and used without my permission by the YouTube channel *"RT Arabic."*

• URL to my original video: https://www.youtube.com/watch?v=9asLsvWcppw&te7m22s

Please note that I (Alex Edson) am the original creator and owner of this content and that: (a) I am the owner and Manager of the Business Casual YouTube Channel ("**Business Casual**"); and; (b) I am the owner and Manager of Business Casual Holdings, LLC, which, in turn, is the owner of the Business Casual YouTube Channel.

• URL to the infringing video: https://www.youtube.com/watch?v=ju5ScQ-yibw&t=15m17s

• Timestamps of infringing video: **15:17 – 15:24**

• Timestamps of my original video: 7:22 – 7:30

## INFRINGEMENT SYNOPSIS

The infringing video (herein referred to as the **"Infringing Video")** is a video published by RT Arabic on October 9th, 2019. Since the Infringing Video's publication, it has aggregated over sixty-thousand (60,000) views on YouTube.

The Infringing Video illegally features content that was taken without permission from my completely original video, *"How Rockefeller Built His Trillion Dollar Oil Empire"* (herein referred to as the **'Original Video'**), published on my YouTube channel, Business Casual, on June 8th, 2018.

**Please note that the Original Video is a new, unique, proprietary, and completely original work of art. RT Arabic brazenly extracted a material segment of the Original Video and exploited said content within their Infringing Video.**

RT Arabic's use of my Original Video was not (and has never been) authorized. Adding insult to injury, RT Arabic's Infringing Video never provided any credit/attribution (on-screen, video description, etc.) to Business Casual. In fact, RT Arabic even went so far as to remove the Business Casual watermark – which they replaced with their own RT watermark (see below graphic)



By comparing Business Casual's Original Video to the Infringing Video, side-by-side, you can clearly see that the Infringing Video (left) is a direct rip-off of the Original Video (right):



• Here is a screen recording showing the infringement, side-by-side:
https://drive.google.com/file/d/1JQw6_q8pSIKrKOTFx_K4c6JvXBHoCaE1

## FORENSIC CONTEXT

Business Casual's videos utilize proprietary parallax video editing methods which principally consist of layering several images on top of one another to create a 3-D depth of field

making images "come to life". These proprietary parallax visual editing systems, processes, and technologies are commercial trade secrets developed by Business Casual over many years at great financial costs. Consequently, the infringement of my content in the form of the Infringing Video violates Business Casual's trade secrets as well as infringes my content. In summary, RT's unauthorized usage of my company's intellectual property is a blatant violation of YouTube's Terms of Service and, ultimately, U.S. copyright laws, including 17 U.S.C. §107.

## VERIFICATION OF ORIGINATION

To forensically prove that the content in question came from Business Casual's Original Video, below you will find a screen recording showing the original source file and its various layers within Adobe After Effects (the software Business Casual used for creating the segment in question):

- Screen recording: https://drive.google.com/file/d/1lf26c5b_YhFugEsGOVAD--pEL3WH42fn

This unequivocally verifies that the scene in question was, indeed, created by Business Casual for its Original Video.

## NOT FAIR USE

The facts and circumstances surrounding RT Arabic's brazen and illegal theft and use of my content simply do not meet the requirements of permitted use under any "Fair Use" standard.

**The market for my YouTube channel's original proprietary content has been irreparably harmed**

For context, parallax is a signature branding mark for the Business Casual brand. Having Business Casual's proprietary parallax content featured in RT Arabic's propagandistic videos is highly detrimental to my brand and has a material negative impact on the value of my proprietary content and Business Casual.

**RT Arabic has never significantly transformed any of my proprietary content (nor does it serve the same purpose).**

Simply changing my Original Video's saturation and replacing my channel's watermark with RT's watermark isn't "transformation" – it's infringement.

**If YouTube does not remove the Infringing Video, then YouTube would be inadvertently setting a very dangerous new precedent allowing for original and proprietary content to be used without permission, without legitimate transformation, and without credit/attribution, which would be extremely detrimental to all creators on the YouTube platform.**

## CONTACT INFORMATION

My YouTube username: Business Casual
URL of my YouTube channel: https://www.youtube.com/BusinessCasual
My legal name: Alex Edson
My email address: alex@casual.yt
My telephone number: (+1) 480-582-5982

**Mailing Address:**

Attn: Mr. Alex Edson
5745 N. Scottsdale Rd. Suite B-110
Scottsdale, AZ 85250
U.S.A.

with a copy to my attorney at:

J.Hill, PLLC
Attn: Mr. Jeremy L. Hill
99 Wall Street
Suite 1073
New York, NY 10005

## EXHIBIT A: TIMELINE OF MATERIAL EVENTS

**February 9th, 2021 (10:25 P.M. MST):**
Business Casual submits its copyright infringement complaint via YouTube's online web form

- Email screenshot verification: https://drive.google.com/file/d/1uhJ7hOml3NpozEdsqknh75FZIU_LYCZg

**Feb 13th, 2021 (10:44 A.M. MST):**
YouTube requests additional information from Business Casual pertaining to its copyright infringement complaint.

- Email screenshot verification: https://drive.google.com/file/d/1Mni7FHKKhgICc3o94JFqYtIQy3bQn1lZbE

**Feb 13th, 2021 (5:42 P.M. MST):**
Business Casual responds to YouTube's information request (the same day the request is received)

- Email screenshot verification: https://drive.google.com/file/d/1KxVW6GUsYl1Ol7ZhoPtR0LoboFdw3INo/view

**February 14th, 2021 (7:39 A.M. MST):**
YouTube acknowledges receipt of Business Casual's s Feb 13th, 2021 (5:42 P.M. MST) email and determines the complaint requires "further examination".

YouTube hasn't provided any updates since Feb 14th, 2021 (11 days ago, as of the time of this writing).

**Please note:** My YouTube dashboard incorrectly states that "info [is] needed" from Business Casual and to "see email". However, no emails have been received from YouTube since February 14th, 2021. Additionally, YouTube provides no details whatsoever as to what information is needed from Business Casual. This appears to be a glitch with YouTube (which is the reason why I'm submitting this copyright infringement notice to you via letter format).

I look forward to your expeditious response.

Sincerely,

Alex Edson

**CEO | Business Casual**
youtube.com/BusinessCasual



**10 Attachments**



---

 **Alex Edson**
Bombs away

Feb 25, 2021, 8:03 PM ⭐

---

**YouTube Copyright** <youtube-disputes+262vh49wtnc4x0q@google.com>
to me

Feb 25, 2021, 8:04 PM ⭐ ↩ ⋮

Hello,

Thanks for contacting the YouTube Copyright compliance team. If your issue is a general help inquiry (for example, regarding a copyright strike or a Content ID claim), please understand that those won't be answered here. You may want to check out our Copyright Troubleshooter in order to find a solution for your copyright issue.

To expedite our ability to investigate your inquiry, we encourage you to submit any copyright takedown requests electronically via the instructions here. You can find the requirements of copyright takedown requests, and information about our copyright policy, in our Copyright Center. Please make sure that you've provided us with all of the required information in order to process your request.

Regards,

The YouTube Legal Support Team

---

**Alex Edson** <alex@casual.yt>
to jferrie@youtube.com

Mar 1, 2021, 7:28 AM ⭐ ↩ ⋮

Dear Mr. Ferrie,

I have patiently waited several weeks for a response from YouTube's legal team in regard to the below matter.

Can you please ask your legal team for an update?

———— Forwarded message ————
From: **Alex Edson** <alex@casual.yt>
Date: Thu, Feb 25, 2021 at 8:03 PM
Subject: Formal Copyright Infringement Notification
To: <copyright@youtube.com>



**ALEX EDSON**

...



PDF Formal Copyright I...

---



**Alex Edson** <alex@casual.yt>                                                    Mar 4, 2021, 1:46 AM   ☆   ↰   ⋮
to YouTube ⌄

Dear YouTube, I am writing to request an update on this matter.

I am not submitting a "general help inquiry". Once more, I am submitting a formal DMCA takedown request. Here it is, again.

...
...

On Thu, Feb 25, 2021 at 8:04 PM YouTube Copyright <youtube-disputes+262vh49wtnc4x0q8google.com> wrote:

> Hello,
>
> Thanks for contacting the YouTube Copyright compliance team. If your issue is a general help inquiry (for example, regarding a copyright strike or a Content ID claim), please understand that those won't be answered here. You may want to check out our Copyright Troubleshooter in order to find a solution for your copyright issue.
>
> To expedite our ability to investigate your inquiry, we encourage you to submit any copyright takedown requests electronically via the instructions here. You can find the requirements of copyright takedown requests, and information about our copyright policy, in our Copyright Center. Please make sure that you've provided us with all of the required information in order to process your request.
>
> Regards,
>
> The YouTube Legal Support Team

---

**ALEX EDSON**

...

---



**Alex Edson** <alex@casual.yt>                                                    Mar 4, 2021, 2:23 AM   ☆   ↰   ⋮
to YouTube ⌄

Dear YouTube,

I am writing to follow-up on my formal DMCA takedown request submitted to you by letter format on February 25th, 2021.

Once more, I am enclosing the complaint below.

...

On Thu, Feb 25, 2021 at 8:04 PM YouTube Copyright <youtube-disputes+262vh49wtnc4x0q8google.com> wrote:
...

> Hello,
>
> Thanks for contacting the YouTube Copyright compliance team. If your issue is a general help inquiry (for example, regarding a copyright strike or a Content ID claim), please understand that those won't be answered here. You may want to check out our Copyright Troubleshooter in order to find a solution for your copyright issue.
>
> To expedite our ability to investigate your inquiry, we encourage you to submit any copyright takedown requests electronically via the instructions here. You can find the requirements of copyright takedown requests, and information about our copyright policy, in our Copyright Center. Please make sure that you've provided us with all of the required information in order to process your request.
>
> Regards,
>
> The YouTube Legal Support Team

---

**ALEX EDSON**

...

**YouTube Copyright** <youtube-disputes+262rh49wtne4xfq@google.com>

to me

Hello,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

Sincerely,
The YouTube Team

Dear YouTube Copyright Team:

***I, Alex Edson, have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.***

***The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.***

Please accept this additional information in support of the pending copyright takedown complaint filed by me on February 9th, 2021, and supplemental information filed by me on February 13th, 2021, to you by letter format[1]. As previously communicated, my company's proprietary content in the form of my original video, "*How Rockefeller Built His Trillion Dollar Oil* Empire,"[2] has been illegally copied and used without my permission by the YouTube channel "RT Arabic."

• **URL to my original video: https://www.youtube.com/watch?v=9saLsvWcppw&t=7m22s**

Please note that I (Alex Edson) am the original creator and sole owner of this content and that: (a) I am the owner and Manager of the Business Casual YouTube Channel ("**Business Casual**");  and; (b) I am the owner and Manager of Business Casual Holdings, LLC, which, in turn, is the owner of the Business Casual YouTube Channel.

• **URL to the infringing video: https://www.youtube.com/watch?v=ju5ScQ-yibw&t=15m17s**

• **Timestamps of infringing video:** 15:17 – 15:24

• **Timestamps of my original video:** 7:22 – 7:30

# INFRINGEMENT SYNOPSIS

The infringing video (herein referred to as the "**Infringing Video**") is a video published by RT Arabic on October 9th, 2019. Since the Infringing Video's publication, it has aggregated over sixty-thousand (60,000) views on YouTube.[3]

The Infringing Video illegally features content that was taken without permission from my completely original video, "*How Rockefeller Built His Trillion Dollar Oil Empire*" (herein referred to as the

---

[1]Please see Exhibit A, hereto, for a full timeline of events.  Also please note: I originally submitted this copyright infringement complaint via YouTube's online web form over two weeks ago. I am yet to hear back from anyone at YouTube's Copyright Team. Additionally, it appears that I am experiencing a bug on my YouTube dashboard which is apparently prohibiting this complaint from proceeding (see bottom of Exhibit A, "*Timeline of Material Events*", for details of this bug).

[2] Original Video: https://www.youtube.com/watch?v=9saLsvWcppw&t=7m22s

[3] Screenshot of Infringing Video's total views as of February 25th, 2021:
  https://drive.google.com/file/d/1MsgMB051neg8fnozCPgu-z_VGgmjjP0z

"**Original Video**"), published on my YouTube channel, Business Casual,[4] on June 8th, 2018.

**Please note that the Original Video is a new, unique, proprietary, and completely original work of art. RT Arabic brazenly extracted a material segment of the Original Video and exploited said content within their Infringing Video**.

RT Arabic's use of my Original Video was not (and has never been) authorized. Adding insult to injury, RT Arabic's Infringing Video never provided any credit/attribution (on-screen, video description, etc.) to Business Casual. In fact, RT Arabic even went so far as to *remove* the Business Casual watermark – which they replaced with their own RT watermark (see below graphic).



By comparing Business Casual's Original Video to the Infringing Video, side-by-side, you can clearly see that the Infringing Video (left) is a direct rip-off of the Original Video (right).



---

[4] My YouTube channel, Business Casual: https://www.youtube.com/BusinessCasual

- **Here is a screen recording showing the infringement, side-by-side:**
  https://drive.google.com/file/d/1JQw6_q8p5lXrKOTFx_K4c6JvXBHoCaE1

# FORENSIC CONTEXT

Business Casual's videos utilize proprietary parallax video editing methods which principally consist of layering several images on top of one another to create a 3-D depth of field, making images "come to life". These proprietary parallax visual editing systems, processes, and technologies are confidential trade secrets developed by Business Casual over many years and at great financial costs. Consequently, the infringement of my content in the form of the Infringing Video, violates Business Casual's trade secrets as well as infringes my content. In summary, RT's unauthorized usage of my company's intellectual property is a blatant violation of YouTube's Terms of Service and, ultimately, U.S. copyright laws, including 17 U.S.C. §107.

# VERIFICATION OF ORIGINATION

To forensically prove that the content in question came from Business Casual's Original Video, below you will find a screen recording showing the original source file and its various layers within Adobe After Effects (the software Business Casual used for creating the segment in question):

- **Screen recording:**
  https://drive.google.com/file/d/1lf26c5b_YhFugEsGOVAO--oELSWH42fn

This unequivocally verifies that the scene in question was, indeed, created by Business Casual for its Original Video.

# NOT FAIR USE

The facts and circumstances surrounding RT Arabic's brazen and illegal theft and use of my content simply do not meet the requirements of permitted use under any "Fair Use" standard.

**The market for my YouTube channel's original proprietary content has been irreparably harmed.**

For context, parallax is a signature branding mark for the Business Casual brand. Having Business Casual's proprietary parallax content featured in RT Arabic's propagandistic videos is highly detrimental to my brand and has a material negative impact on the value of my proprietary content and Business Casual.

**RT Arabic has never significantly transformed any of my proprietary content (nor does it serve the same purpose).**

Simply changing my Original Video's saturation and replacing my channel's watermark with RT's watermark isn't "transformation" – it's infringement.

3

**If YouTube does not remove the Infringing Video, then YouTube would be inadvertently setting a very dangerous new precedent allowing for original and proprietary content to be used without permission, without legitimate transformation, and without credit/attribution, which would be extremely detrimental to all creators on the YouTube platform.**

I look forward to your expeditious response.

Sincerely,

Alex Edson

# <u>CONTACT INFORMATION</u>

My YouTube username: Business Casual
URL of my YouTube channel: https://www.youtube.com/BusinessCasual
My legal name: Alex Edson
My email address: alex@casual.yt
My telephone number: (+1) 480-582-8982

**Mailing Address:**

Attn: Mr. Alex Edson
5745 N. Scottsdale Rd. Suite B-110
Scottsdale, AZ 85250
U.S.A.

<u>with a copy to my attorney at:</u>

J.Hill, PLLC
Attn: Mr. Jeremy L. Hill
99 Wall Street
Suite 1073
New York, NY 10005

# EXHIBIT A

*Timeline of Material Events*

**February 9th, 2021 (10:25 P.M. MST):**

- Business Casual submits its copyright infringement complaint via YouTube's online web form[5].

  - Email screenshot verification:
    https://drive.google.com/file/d/1uhJ7hOmi3NpozEdsqkmh75FZIU_LYCZq

**Feb 13th, 2021 (10:44 A.M. MST):**

- YouTube requests additional information from Business Casual pertaining to its copyright infringement complaint.

  - Email screenshot verification:
    https://drive.google.com/file/d/1Mn7FHKKhgICc3n94lFgY0DvShQb1lZbE

**Feb 13th, 2021 (5:42 P.M. MST):**

- Business Casual responds to YouTube's information request
  (the same-day the request is received).

  - Email screenshot verification:
    https://drive.google.com/file/d/1KxVW68UsYl1O1ZhoPjR0LobcFdw3If6d/view

**February 14th, 2021 (7:39 A.M. MST):**

- YouTube acknowledges receipt of Business Casual's s Feb 13th, 2021 (5:42 P.M. MST) email and determines the complaint requires "further examination".

  - Email screenshot verification:
    https://drive.google.com/file/d/1x2wuvwUq-3VbdcSzGqMjiqUcKQw0XckD/view

YouTube hasn't provided any updates since Feb 14th (11 days ago, as of the time of this writing).

**Please note:** My YouTube dashboard incorrectly states that "info [is] needed" from Business Casual and to "see email." However, no emails have been received from YouTube since February 14th. Additionally, YouTube provides no details whatsoever as to what information is needed from Business Casual. This appears to be a glitch with YouTube[6] (which is the reason why I'm submitting this copyright infringement notice to you via letter format).

---

[5] YouTube's online web form copyright infringement submission tool: https://www.youtube.com/copyright_complaint_form

[6] Screenshot of bug: https://drive.google.com/file/d/18oXlDXF7wfXhlkafa-B6oyma0bWQthDc

YouTube Copyright Complaint Submission





YouTube Copyright <youtube-disputes+2c1v5tbsn3nel07@google.com>
to me ▾

Thu, Mar 4, 9:47 AM     ☆     ◄     ⋮



▶ YouTube

Hi Business Casual,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind

The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Business Casual
Your Full Legal Name (Aliases, usernames or initials not accepted): Alex Edson
Your Title or Job Position (What is your authority to make this complaint?): I am the original
creator.
Address:
5745 N Scottsdale Rd Suite B-110
Scottsdale, AZ 85250
US
Username: Business Casual
Email Address: alex@casual.yt
Phone: 480-562-8982

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=Ju5GcQ-vbrw
Describe the work allegedly infringed: My YouTube video was reuploaded by
another user
    ○ YouTube URL: http://www.youtube.com/watch?v=SsaLsvWcppw
    ○ Where does the content appear?
      The content appears in the targeted video from 16:17 to 15:24
      It appears in your source video from 7:23 to 7:30

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

  • I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
    right that is allegedly infringed.
  • I have a good faith belief that the use of the material in the manner complained of is
    not authorized by the copyright owner, its agent, or the law; and
  • This notification is accurate.
  • I acknowledge that under Section 512(f) of the DMCA any person who knowingly
    materially misrepresents that material or activity is infringing may be subject to
    liability for damages.
  • I understand that abuse of this tool will result in termination of my YouTube
    account.

Authorized Signature: Alex Edson

Help center · Email options

©2011 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



 Reply      Forward

## Urgent Copyright Takedown Request





**Alex Edson** <alex@casual.yt>
to copyright, jferrie ▾

Wed, Feb 24, 5:07 PM

Dear Mr. Ferrie, and YouTube's Copyright Team

I was notified in my YouTube dashboard that "info is needed" regarding a copyright takedown request I submitted.

However, I have never received any emails from YouTube about what information is needed.



Additionally, I was told **10 days ago** I would hear back from you and I have received absolutely nothing.



**Infringing video URL:** https://www.youtube.com/watch?v=ju5ScQ-yibw&t=15m17s

**Timestamps of infringing video:** 15:17 – 15:24

**YouTube URL of my original video:** https://www.youtube.com/watch?v=9saLsyWcppw&t=7m22s

**Segments of original video:** 7:22 – 7:30

I submitted my copyright takedown request over **2 weeks ago** and the infringing content still has not been removed.

Your response and prompt attention to this matter would be greatly appreciated.

Sincerely,

**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual





**5 Attachments**











**YouTube Copyright** <youtube-disputes+2rher19kw689c0q@google.com>
to me ▾

Wed, Feb 24, 5:08 PM

Hello,

Thanks for contacting the YouTube Copyright compliance team.

Due to the recent global health crisis related to coronavirus (COVID-19), some of our normal review processes have been disrupted. We can only handle copyright takedown requests, requests to retract a claim of copyright infringement, and counter notifications.

Based on our automated classification logic, it appears to our systems that your issue is likely a general help inquiry, such as a copyright strike or a Content ID claim. Please understand that we cannot answer general questions at this time. You may want to check out our Copyright Troubleshooter to find a solution for your copyright issue.

If your issue is in fact a takedown request, counter notification, or retraction, we'd still like to help. You're welcome to try submitting your request again, making sure that all requirements of a complete copyright takedown notice or counter notification are included in your email. However, we encourage you to submit your copyright takedown requests via our takedown webform, which will expedite our ability to investigate your inquiry.

If you're trying to submit a counter notification, please follow the instructions in our Help Center. You can also retract a claim of copyright infringement you've made by following these instructions. Make sure that you've given us all of the required information to process your request.

We appreciate your patience and understanding.

Regards,

The YouTube Legal Support Team



**YouTube Copyright** <youtube-disputes+zrhen9kwz89e0hj@google.com>      Thu, Mar 4, 9:19 AM ☆ ↩

to me ▾

Hello,

Thanks for your message. It appears your issue has already been resolved.

Sincerely,
The YouTube Team

...

Thank you for your response.    Thank you for your assistance.    Thank you!

↩ Reply    ➜ Forward