# Exhibit F

Dear YouTube Team:

*I, Alex Edson, have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.*

*The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.*

I am submitting this copyright violation and infringement notice to you (i.e., a takedown complaint) by letter format. I am unable to submit a copyright takedown complaint using YouTube's online web form[1] due to the infringing video being a live stream (restricting me from rewinding beyond 11 hours and 59 minutes at any given time, thus making it impossible to provide precise timestamps indicating where my original and copyrighted content appears within the infringing content). This letter shall serve as notice to you that my company's completely original YouTube video, "*J.P. Morgan Documentary: How One Man Financed America*", has been infringed by the YouTube channel "RT Arabic".[2]

- **URL to my original video: https://youtu.be/5jjdErDkDZE**

- **URL to infringing video (an ongoing live stream): https://youtu.be/3AokIYKBz8I**

# INFRINGEMENT SYNOPSIS

The infringing video (herein referred to as the "**Infringing Video**") is an active/ongoing live stream hosted on RT Arabic's YouTube channel;

The Infringing Video began on January 17th, 2020 (395 days ago, as of the time of this writing), which can be verified by looking below the Infringing Video's title;[3]

My original video appears on day 348 (December 30th, 2020) of the Infringing Video; and,

Business Casual (my YouTube channel) has already submitted two copyright infringement complaints to YouTube against RT Arabic within the past month one of which has already resulted in a strike and the other of which is currently pending further examination by YouTube's Copyright Team – both of which are referenced below – and both of which are preceding analogues to the same brazen intellectual property theft by RT Arabic of my completely original, new, and unique, works of art contained in my YouTube video hosted on my channel, Business Casual.

---

[1] YouTube's online web form for copyright complaints: https://www.youtube.com/copyright_complaint_form

[2] URL of infringing channel: https://www.youtube.com/user/RTarabic

[3] Screenshot of live stream's start date: https://drive.google.com/file/d/1x1gjqO1NNwnseFy1HERwztDyKhuKYxe8

## FORENSIC CONTEXT & ARCHIVED EVIDENCE

Under most circumstances, proving the existence of copyrighted material in an active YouTube live stream (until said live stream has ended, and thus archived) is a near-impossible objective due to the inability to submit the infringing timestamps to YouTube's Copyright team. Notwithstanding, I have obtained verifiable forensic evidence proving that my original YouTube video was infringed by the Infringing Video on day 348 (December 30th, 2020) of the active live stream in question – despite not being able to rewind the exact infringing moments on the (still on-going) YouTube live stream.

For context, RT Arabic simultaneously live streams to both YouTube and Periscope. You can verify this by looking at RT Arabic's active Periscope live stream and the Infringing Video (links below).

- **RT Arabic's Periscope live stream: https://www.periscope.tv/RTarabic**

- **Infringing Video: https://youtu.be/3AokIYKBz8I**

- **Infringing Video (periscope livestream archive): https://www.pscp.tv/w/1YpKkzDkRjrxj**

As you can see from RT Arabic's Periscope stream (recorded yesterday), their channel's YouTube live stream (left) and their Periscope live stream (right) are exactly the same.



**Screen recording evidence captured on February 15th, 2021 at 3:50 AM (GMT+1):**
**https://drive.google.com/file/d/17l8bMcurEaj_WDD0dBJMPjN7xh6akRrD**

<u>To reiterate for the avoidance of any doubt</u>: RT Arabic live streams the exact same video content to both its YouTube channel and its Periscope account – the only difference being a few seconds of latency – as shown in the aforementioned screen recording.

Screenshot:



Furthermore, by analyzing RT Arabic's chyron shown on their Periscope stream (hosted on RT Arabic's periscope profile[4]), it is possible to identify the exact day, hour, and minute – that my original and copyrighted YouTube video appears within the Infringing Video (despite not actually being able to rewind to day 348 of the Infringing Video on YouTube).

For example, in the below screenshot, you can clearly see that this scene from Business Casual's original video is being ripped-off by RT's Arabic's live stream at precisely 3:46 A.M. Moscow time (GMT+3) on December 31st, 2020 (or, December 30th, 2020, at 7:47 P.M. EST).



---

[4] RT Arabic's official Periscope profile: <u>https://www.periscope.tv/RTarabic</u>

**Below is a document containing the timestamps for each infringement (marking the precise timestamps in my original YouTube video as well as the precise timestamps in RT Arabic's infringing Periscope live stream):**

- **Screen recording verification: https://docs.google.com/document/d/1qOuaX8BPDn8lTir0NN7jIk9hSdGi8tT9P_hnDNzbmA0**

To reiterate: these timestamps indicate each of the precise moments where my original content was infringed upon by RT Arabic in the Infringing Video.

A copy of this document is also attached as an Exhibit to this letter (see <u>Exhibit B</u>).

In the event that RT Arabic removes its archived December 30th Periscope stream in an attempt to delete this evidence, I've created a screen recording backup proving the existence of all twenty-eight (28) instances of RT Arabic's infringements which appear throughout their twenty-four-hour-eight-minute-and-nineteen-second (24:08:19) Periscope live stream (please see below).

- **Screen recording evidence proving all 28 infringements: https://drive.google.com/file/d/1srRIktB88EUVZX7aaH_g2pv3k-QMjBFm/view**

Now that we've forensically verified that RT Arabic's Periscope account live streams the exact same infringing content (and at the exact same time) to its YouTube account, the only thing left to do is forensically verify that the Infringing Video was featured on the RT Arabic YouTube channel during the period in question (namely around the period of December 30th, 2020).

We can easily accomplish this verification by using Wayback Machine (a free Internet Archive search tool). As you can see below, Wayback Machine offers an archived result showing exactly what the RT Arabic's YouTube channel looked like on December 29th, 2020[5].

---

[5] RT Arabic's YouTube channel as of December 29th, 2020:
https://web.archive.org/web/20201229041717/https://www.youtube.com/user/RTarabic



https://web.archive.org/web/20201229041717mp_/https://www.youtube.com/watch?v=3AokIYKBz8I

By hovering your mouse over the channel's trailer video, we can see that it was, indeed, the same Infringing Video that the channel currently features on its homepage right now (as of the time of this letter's writing, that is).

- **Screen recording verification:**
  https://drive.google.com/file/d/18ew3acL5Z0ELgO0zMs5offDzHGffdOhQ

A video recording is provided (above) if RT decides to abruptly end and delete evidence of its nearly 400-day-long YouTube live stream.

## PRECEDING ANALOGUES & CONCLUSION

This is not the first time RT Arabic's YouTube channel has illegally stolen content from my YouTube channel "Business Casual."

As stated in my email to YouTube's Copyright Team sent on February 13th, 2021, 5:42 PM (MST) (Case ID: [youtube-disputes+2e1v5nhol3ael07@google.com](mailto:youtube-disputes+2e1v5nhol3ael07@google.com)), RT Arabic has already received one copyright strike from Business Casual on January 11th, 2021. A copy of this letter is enclosed as an Exhibit (see <u>Exhibit A</u>[6]).

A second strike against RT is pending further review by YouTube, per YouTube's latest communication sent to me on Feb 14, 2021, 7:39 AM (MST)[7] for the *exact* same reason: blatant infringement of Business Casual's completely original and proprietary intellectual property.

RT Arabic's third violation of the YouTube Terms of Service is an analogue to their first two copyright violations, in which RT Arabic admitted to me (in writing), in the first instance, that they had outright stolen my content:



This is now the **_third_** time RT Arabic has brazenly and illegally, infringed on my content.

Just like their two previous illegal infringements, RT Arabic stole my proprietary content – <u>without my permission or any credit/attribution to Business Casual</u> (even going so far as to remove the Business Casual watermark) and used it in the Infringing Video in violation of the

---

[6] Alex Edson's February 13th Letter to YouTube's Copyright Team:
https://drive.google.com/file/d/1ztPlogZc156XbCjmIjnGgYahv5zgWDm4/view

[7] Screenshot of email from YouTube: https://drive.google.com/file/d/1onwH8AB7SED-hx6XGDZypvO6mnDF1KRM/view

YouTube Terms of Service and ultimately in violation of U.S. copyright laws including 17 U.S.C. §107.

Furthermore, it must be noted that **RT Arabic has already withdrawn their Fair Use argument,** for, about, and relating to, their first copyright strike (as detailed above).

For context: RT Arabic filed a false Counter Notification with YouTube (yet another violation of YouTube's rules and policies) on January 18th, 2021.

Counter Notification reference case IDs:

- youtube-disputes+07o6wxjehoawe0h@google.com
- youtube-disputes+165cebugv0ksl0h@google.com

- Screenshot: https://drive.google.com/file/d/1kF067YJfGWR3e7IkM6p4TxRCWMR-7idj

Within twenty-fours after RT submitted a perceptibly false Counter Notification to YouTube (in which they attempted to argue "Fair Use"), RT Arabic ***fully retracted*** their Counter Notification – thus withdrawing their Fair Use argument (and not at the request of Business Casual, but by their own doing).

RT Arabic sent me two emails about their false "Counter Notification" apologizing and admitting that it was "*sent in mistake*" and asked me to "*ignore it*".

**Email #1 from RT:**



**Email #2 from RT:**



**Email from YouTube's copyright team the next day:**



Just like RT Arabic's two prior illegal infringements of my content, RT Arabic made no effort whatsoever to significantly transform my proprietary content, including the parallax signature branding of Business Casual, in the Infringing Video.

For context, Business Casual's videos utilize a proprietary parallax video editing method which consists of layering several images on top of one another to create a 3-D depth of field (making images "come to life").

With respect to the Infringing Video: my video editor has procured a Google Drive folder (see below) showing twenty-eight individual Adobe After Effects files – further verifying that each of these twenty-eight unique and completely original works were created for Business Casual's original video:

- https://drive.google.com/drive/folders/1DMVT7fVDzQ8J6ZD_yGQWfT5HmZr4g1Xj

<u>For the avoidance of any doubt</u>: each of these scenes are completely original, new, unique, proprietary, works of art. Once more: they were created specifically – ***<u>and exclusively</u>*** – for my original video on Business Casual.

Having Business Casual content featured in RT Arabic's propagandic videos is *extremely* detrimental to my channel's brand.

Furthermore, it also has a very material negative impact on the value of my proprietary content (which my team and I spend many months creating, by the way).

**RT Arabic has never "significantly transformed" any of my proprietary content**.

Adding insult to injury, and perhaps most egregious of all, RT Arabic never even provided credit (on-screen, video description, etc.) mentioning that the footage shown in the Infringing Video comes from Business Casual. Rather, RT Arabic fraudulently implies to its millions of viewers that the content shown on-screen came from *their* channel by showing a URL to the RT Arabic YouTube channel (and not Business Casual) on its chyron!

**Screenshot:**



Having my proprietary content associated with a quasi-political entity such as RT and RT Arabic denigrates the value of my brand.

Simply changing the saturation of the original content, deleting my company's watermark, and adding their own "RT" watermark is not "transformative." Otherwise, a very dangerous new precedent would be set allowing for content to be used without permission, without legitimate transformation, and without attribution, which would be extremely detrimental to all creators on the YouTube platform.

YouTube Team: thank you in advance for your attention to this information. I look forward to your expeditious response.

Sincerely,

Alex Edson

CEO, Business Casual (legal entity name: Business Casual Holdings, LLC.).

## Contact information

My YouTube username: Business Casual
URL of my YouTube channel: https://www.youtube.com/BusinessCasual
My legal Name: Alex Edson
My email address: alex@casual.yt
My telephone Number: 

**Mailing Address:**



<u>with a copy to my attorney at:</u>

# <u>Exhibit A</u>

## *Alex Edson's February*


## *13th Letter to YouTube's Copyright Team*


**See letter here:**

https://drive.google.com/file/d/1ztPlogZc156XbCjmIjnGgYahv5zgWDm4

# **Exhibit B**

### *Timestamps of infringement*

---

**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

      Starts: 05:49
      Ends: 05:52

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m46s):**

      Starts: 09:39:47
      Ends: 09:39:50

      Chyron time: 03:46 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

      Starts: 31:35
      Ends: 31:37

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m50s):**

      Starts: 09:39:50
      Ends: 09:39:52

      Chyron time: 03:46 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

  Starts: 23:52
  Ends: 23:54

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m53s):**

  Starts: 09:39:53
  Ends: 09:39:54

  Chyron time: 03:46 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (**J.P. Morgan Documentary: How One Man Financed America**):**

Starts: 21:45
Ends: 21:48

**RT**   **Infringing content (**https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m54s**):**

Starts: 09:39:54
Ends: 09:39:57

Chyron time: 03:46 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content ([J.P. Morgan Documentary: How One Man Financed America](#)):**

> Starts: 22:40
> Ends: 22:42

**RT**   **Infringing content ([https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m57s](https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m57s)):**

> Starts: 09:39:57
> Ends: 09:39:59

> Chyron time: 02:46 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

  Starts: 03:16
  Ends: 03:19

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h39m59s):**

  Starts: 09:39:59
  Ends: 09:04:02

  Chyron time: 02:46 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (**J.P. Morgan Documentary: How One Man Financed America**):**

      Starts: 20:47
      Ends: 20:50

**RT**   **Infringing content (**https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m3s**):**

      Starts: 09:40:03
      Ends: 09:40:06

      Chyron time: 19:46 [NY]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

      Starts: 22:12
      Ends: 22:14

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m10s):**

      Starts: 09:40:10
      Ends: 09:40:12

      Chyron time: 03:46 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

> Starts: 20:54
> Ends: 20:58

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m12s):**

> Starts: 09:40:12
> Ends: 09:40:16
>
> Chyron time: 03:46 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

      Starts: 27:06
      Ends: 27:08

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m42s):**

      Starts: 09:40:42
      Ends: 09:40:44

      Chyron time: 03:46 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

       Starts: 27:09
       Ends: 27:11

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m44s):**

       Starts: 09:40:44
       Ends: 09:40:47

       Chyron time: 03:47 [KSA]

==Screenshot of the original content:==



==Screenshot of RT Arabic's infringement:==



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

> Starts: 15:17
> Ends: 15:19

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m47s):**

> Starts: 09:40:47
> Ends: 09:40:49

> Chyron time: 02:47 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

   Starts: 22:51
   Ends: 22:53

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m50s):**

   Starts: 09:40:50
   Ends: 09:40:52

   Chyron time: 02:47 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 34:03
Ends: 34:05

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m53s):**

Starts: 09:40:53
Ends: 09:40:55

Chyron time: 19:47 [NY]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

  Starts: 37:14
  Ends: 37:16

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h40m59s):**

  Starts: 09:40:59
  Ends: 09:41:01

  Chyron time: 00:47 [GMT]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

   Starts: 17:27
   Ends: 17:30

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m1s):**

   Starts: 09:41:01
   Ends: 09:41:04

   Chyron time: 03:47 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

> Starts: 19:07
> Ends: 19:08

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m4s):**

> Starts: 09:41:04
> Ends: 09:41:06

> Chyron time: 03:47 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 15:54
Ends: 15:56

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m6s):**

Starts: 09:41:06
Ends: 09:41:08

Chyron time: 03:47 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 19:21
Ends: 19:24

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m9s):**

Starts: 09:41:09
Ends: 09:41:11

Chyron time: 03:47 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**  **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 33:09
Ends: 33:12

**RT**  **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m11s):**

Starts: 09:41:11
Ends: 09:41:14

Chyron time: 02:47 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

    Starts: 33:19
    Ends: 33:23

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m15s):**

    Starts: 09:41:15
    Ends: 09:41:19

    Chyron time: 02:47 [Cairo]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content ([J.P. Morgan Documentary: How One Man Financed America](#)):**

      Starts: 33:57
      Ends: 33:59

**RT**   **Infringing content ([https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m20s](https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m20s)):**

      Starts: 09:41:20
      Ends: 09:41:22

      Chyron time: 19:48 [NY]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**  **Original content (J.P. Morgan Documentary: How One Man Financed America):**

   Starts: 23:20
   Ends: 23:23

**RT**  **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h41m22s):**

   Starts: 09:41:22
   Ends: 09:41:25

   Chyron time: 00:48 [GMT]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 35:37
Ends: 35:39

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h42m12s):**

Starts: 09:42:12
Ends: 09:41:14

Screenshot of the original content:



Screenshot of RT Arabic's infringement:



**BC** **Original content ([J.P. Morgan Documentary: How One Man Financed America](#)):**

> Starts: 34:45
> Ends: 34:50

**RT** **Infringing content ([https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h43m2s](https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h43m2s)):**

> Starts: 09:43:02
> Ends: 09:41:07
>
> Chyron time: 19:49 [NY]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC** **Original content (J.P. Morgan Documentary: How One Man Financed America):**

Starts: 22:51
Ends: 22:54

**RT** **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h43m8s):**

Starts: 09:43:08
Ends: 09:43:11

Chyron time: 03:49 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**   **Original content (J.P. Morgan Documentary: How One Man Financed America):**

      Starts: 35:08
      Ends: 35:12

**RT**   **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h44m6s):**

      Starts: 09:44:06
      Ends: 09:44:10

      Chyron time: 03:50 [KSA]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**



**BC**  **Original content (J.P. Morgan Documentary: How One Man Financed America):**

> Starts: 34:54
> Ends: 34:56

**RT**  **Infringing content (https://twitter.com/i/broadcasts/1YpKkzDkRjrxj?t=9h43m13s):**

> Starts: 09:43:13
> Ends: 09:43:15

> Chyron time: 03:49 [Moscow]

**Screenshot of the original content:**



**Screenshot of RT Arabic's infringement:**

