# Exhibit G



**From:** Marc Misthal <mmisthal@grr.com>
**Date:** Monday, April 19, 2021 at 2:51 PM
**To:** "Anderson J. Duff" <ajd@hoganduff.com>
**Subject:** RE: Business Casual Holdings, LLC v. TV-Novosti, 21-cv-2007-JGK (S.D.N.Y.)

Mr. Duff,

We are in receipt of your emails of April 14 and 16. Our client does not agree to BC's preconditions, since it our client's understanding that withdrawing the counter-notifications will result in YouTube terminating RT's channel. Our client continues, however, to be interested in a pre-litigation resolution.  In view of our client's willingness to discuss settlement, it does not believe service is appropriate at this time.

Very truly yours,

**Marc P. Misthal**
Principal

GOTTLIEB, RACKMAN & REISMAN, P.C.
INTELLECTUAL PROPERTY LAW

New York, NY 10016
O: (212)
www.grr.com
Link to Bio

## Email from Repeat Infringer's counsel:

"*Our client does not agree to BC's preconditions, since it [is] our client's understanding that withdrawing the counter-notifications will result in YouTube terminating RT's channel.*"

(Email received on: April 19, 2021, 2:51 PM EST)