# Exhibit H



**YouTube's Rules and Policies "Enforcing copyright"**

(Screenshot captured on: April 22, 2021)

## Courtesy Period ⌃

If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period. After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled. During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes. If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved. If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted.

**YouTube's "Copyright strike basics" ("Courtesy Period")**

(Screenshot captured on: April 22, 2021)