# Exhibit I



**First Infringing Video**

(Screenshot captured on: April 22, 2021)



## Second Infringing Video

(Screenshot captured on: April 22, 2021)



**Third Infringing Video**

(Screenshot captured on: April 22, 2021)