# Exhibit M



**"RT en Español"**



**"RT Arabic"**



**"Ruptly"**



**"RT"**



**"RT на русском"**



**"RT DE"**



**"RT Documentary"**



**"RT France"**



**"Ahí les Va"**



**"РТД на Русском"**



**"Documentales de RT"**



**"RT America"**



**"RT Online"**



**"RT UK"**



**"RT Sport MMA"**



**"RT en vivo"**



**"RT Play en Espanol"**



**"Keiser Report en Español"**



**"Going Underground on RT"**



**"Прекрасная Россия бу-бу-бу"**



**"Redacted Tonight"**



**"ALT ИСТОРИЯ"**



**"Boom Bust"**



**"451 Grad"**



**"WorldsApaRT"**



**"Der Fehlende Part"**



**"primetimeru"**



**"The Big Picture RT"**



**"Breaking the Set"**



**"Watching the Hawks RT"**



**"TheAlyonaShow"**



**"La lista de Erick"**



**"MoscowOut"**



**"RT Chinese"**



**"Eat the Press"**



**"SOAPBOX"**



**"LearnRussianwithRT"**



**"CapitalAccount"**



**"RT Digital"**