# Exhibit N



**Elisabet Lykhina's LinkedIn profile**
**(Screenshot #1)**

(Screenshot captured on: April 22, 2021)



**Elisabet Lykhina's LinkedIn profile
(Screenshot #2)**

Russian text: "руководитель отдела, ВГТРК"
English translation: "Head of Department, VGTRK"

(Screenshot captured on: April 22, 2021)