# Exhibit O



**Screenshot of now-deleted Twitter post from Maya Manna, a representative of TV-Novosti.**

(Screenshot captured on: March 31, 2021)



**Screenshot of Telegram profile of Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
"Maya Manna"
"Head of RT Arabic"



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

### English translation:
*"We assume that RT Arabic has come under a coordinated attack. Over the past 13 years, more than 5.5 million users have subscribed to RT Arabic, garnered 2.8 billion views, and has become one of the leading voices in the global Arabic language news space. That voice may be now drowned out using unproven allegations of copyright infringement on several historical photographs made by Business Casual Holdings. We are concerned that the false statements by Business Casual Holdings staying that its organization is "suing the Russian authorities" while it is suing RT for copyright infringement suggests the possibility of political bias of its initiative."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"YouTube has blocked our RT in Arabic with 5.5 million subscribers and nearly three billion views. Understanding."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"YouTube has restored the RT Arabic channel. We thank our Russian partners for their prompt response."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"Comment from YouTube:*

*'Today's brief blocking of RT Arabic was unintentional. We will analyze and draw conclusions about what needs to be done to avoid such unintentional actions in the future.'"*



**Screenshot of quote from Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

*"Maya Manna said in response to a claim by Business Casual Holdings [that] [RT Arabic] infringed [upon Business Casual's] copyright[s], describing it as a 'coordinated attack by an organization funded by the rich for political reasons.'"*



**Screenshot of quote from Maya Manna, a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)