# Exhibit Q







Mar 24, 2021, 4:35 PM

Hi Alex and 

Trust you are both well... In light of the litigation currently on-foot between the parties, we do not think that it is appropriate for YouTube to be discussing this matter with you.

Of course, if you have any other concerns relating to your YouTube channel, please let Dan or I know.

I look forward to meeting in the near future. Kind regards, Ed



**(Important) landmark lawsuit which will affect every YouTuber**

Mar 16, 2021, 4:21 PM

to mels, chloekilgour, me

Hi Mel,

I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.

At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) [REDACTED], were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).

The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).

- RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVIUcRZa2Y
- RT Arabic copyright strike #2: https://www.youtube.com/watch?v=juli5oQ-vlbw
- RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBzBI

Would you be kind enough to please look into why RT Arabic and their 36 other associated channels have not been terminated?

But that's actually not the only reason why I'm reaching out to you.

RT Arabic submitted several patently false counter notifications to YouTube.

Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**

The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.

We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.

Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.

If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.

As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.

Would YouTube/Google be interested in learning about our case against RT?

Sincerely,

[REDACTED] & Alex

2 Attachments

- Lawsuit.pdf
- RT associated chs...

---

**Mel Silva** <[REDACTED]@google.com>
to Ed, Michael, Chloe, me

Mar 16, 2021, 10:02 PM

Hey guys... Sure thing. Adding +Ed Miles who can help

Mel

---

On Wed, 17 Mar 2021, 10:22 am [REDACTED] wrote:

Hi Mel,

I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.

At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) [REDACTED], were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).

The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).

- RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVIUcRZa2Y

- RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw

- RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBz8I

Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?

But that's actually not the only reason why I'm reaching out to you.

RT Arabic submitted several patently false counter notifications to YouTube.

Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**

The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.

We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.

Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.

If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.

As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.

Would YouTube/Google be interested in learning about our case against RT?

Sincerely,

▇▇▇▇ & Alex

---

**Ed Miles** <▇▇▇@google.com>   Mar 16, 2021, 11:08 PM
to Daniel, Michael, Chloe, me

+ Dan
and moving Mel to bcc

Hi ▇▇▇ and Alex,

Let's get to the bottom of this.... Please can you let me know some times that suit you tomorrow for a call?

Speak soon, Ed

On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <▇▇▇@google.com> wrote:
> Hey guys... Sure thing. Adding +Ed Miles who can help
>
> Mel
>
>> On Wed, 17 Mar 2021, 10:22 am ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>> Hi Mel,
>>
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>
>> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>>
>> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>>
>> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>>
>> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVIUcRZa2Y
>>
>> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
>>
>> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBz8I
>>
>> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>>
>> But that's actually not the only reason why I'm reaching out to you.
>>
>> RT Arabic submitted several patently false counter notifications to YouTube.
>>
>> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
>>
>> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
>>
>> We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
>>
>> Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
>>
>> If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.
>>
>> As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.
>>
>> Would YouTube/Google be interested in learning about our case against RT?

Sincerely,

▓▓▓▓ & Alex



- Ed Miles
- Director, YouTube Partnerships AU/NZ
- Head of TV, Film and Sport, Asia Pacific
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

 **Alex Edson** <alex@casual.yt>
to mels, Ed, Daniel, Michael, Chloe

Mar 16, 2021, 11:23 PM

Hi Ed,

It's a pleasure to make your acquaintance.

Mel, thank you so much for your fast response!

Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.

^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).

In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.

https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDNrJlDGVGzgWDi4Ztaf1te1b20

**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual




Lawsuit Timeline...

---

 **Ed Miles** <▓▓▓@google.com>
to me, Daniel, Michael, Chloe

Mar 17, 2021, 2:22 PM

Moving Mel to bcc (she is out on maternity leave)

Morning Alex ... and great to meet you as well.

We are still coordinating diaries internally, give me a few hours and I will come back to you with our availabilities.

Speak soon, Ed

---

On Wed, 17 Mar 2021, 5:33 pm Alex Edson, <alex@casual.yt> wrote:

Hi Ed,

It's a pleasure to make your acquaintance.

Mel, thank you so much for your fast response!

Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.

^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).

In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.

https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDNrJlDGVGzgWDi4Ztaf1te1b20

On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <▓▓▓@google.com> wrote:

+ Dan
and moving Mel to bcc

Hi ▮▮▮▮ and Alex,

Let's get to the bottom of this.... Please can you let me know some times that suit you tomorrow for a call?

Speak soon, Ed

> On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <▮▮▮@google.com> wrote:
> Hey guys... Sure thing. Adding +Ed Miles who can help
>
> Mel
>
>> On Wed, 17 Mar 2021, 10:22 am ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>> Hi Mel,
>>
>> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>>
>> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ▮▮▮▮▮▮▮▮▮▮▮▮ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>>
>> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>>
>> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVlUcRZa2Y
>>
>> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
>>
>> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBz8I
>>
>> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>>
>> But that's actually not the only reason why I'm reaching out to you.
>>
>> RT Arabic submitted several patently false counter notifications to YouTube.
>>
>> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
>>
>> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
>>
>> We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
>>
>> Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
>>
>> If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.
>>
>> As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.
>>
>> Would YouTube/Google be interested in learning about our case against RT?
>>
>> Sincerely,
>>
>> ▮▮▮▮ & Alex

--

▶ YouTube
- Ed Miles
- Director, YouTube Partnerships AuNZ
- Head of TV, Film and Sport, Asia Pacific

--

**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



---

 Alex Edson <alex@casual.yt>
to Ed, Daniel, Michael, Chloe

Mar 17, 2021, 2:34 PM

Good morning, Ed

Thanks for getting back to me.

Sounds good – I'll look for your email in the next few hours. I will cancel the calendar invite that I sent earlier.

Speak soon!

...

> On Wed, Mar 17, 2021 at 2:22 PM Ed Miles <​███​@google.com> wrote:
> Moving Mel to bcc (she is out on maternity leave)
>
> Morning Alex ... and great to meet you as well.
>
> We are still coordinating diaries internally, give me a few hours and I will come back to you with our availabilities.
>
> Speak soon, Ed
>
>> On Wed, 17 Mar 2021, 5:33 pm Alex Edson, <alex@casual.yt> wrote:
>> Hi Ed,
>>
>> It's a pleasure to make your acquaintance.
>>
>> Mel, thank you so much for your fast response!
>>
>> Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.
>>
>> ^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).
>>
>> In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.
>>
>> https://docs.google.com/document/d/1X9EiRvPB47O1BDOuD#NrJlDGVGzaWDi4Zief1Ier1b20
>>
>>> On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <​███​@google.com> wrote:
>>> + Dan
>>> and moving Mel to bcc
>>>
>>> Hi ███ and Alex,
>>>
>>> Let's get to the bottom of this..... Please can you let me know some times that suit you tomorrow for a call?
>>>
>>> Speak soon, Ed
>>>
>>>> On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <​██​@google.com> wrote:
>>>> Hey guys... Sure thing. Adding +Ed Miles who can help.
>>>>
>>>> Mel
>>>>
>>>>> On Wed, 17 Mar 2021, 10:22 am ███████████████████████ wrote:
>>>>> Hi Mel,
>>>>>
>>>>> ████████████████████████████████████████████████████████████████████
>>>>>
>>>>> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>>>>>
>>>>> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ████████████████████████████████████████████████████ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>>>>>
>>>>> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>>>>>
>>>>> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NxVlUbRZa2Y
>>>>> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju2ScQ-yjbw
>>>>> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokfYKB28I
>>>>>
>>>>> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>>>>>
>>>>> But that's actually not the only reason why I'm reaching out to you.
>>>>>
>>>>> RT Arabic submitted several patently false counter notifications to YouTube.
>>>>>
>>>>> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
>>>>>
>>>>> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
>>>>>
>>>>> We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
>>>>>
>>>>> Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
>>>>>
>>>>> If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.



Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.

^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).

In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.

https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDlNrJlDGYGzgW0l4Zief1tp1b20

On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <████@google.com> wrote:
> + Dan
> and moving Mel to bcc
>
> Hi ████ and Alex,
>
> Let's get to the bottom of this…. Please can you let me know some times that suit you tomorrow for a call?
>
> Speak soon, Ed
>
> On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <████@google.com> wrote:
> > Hey guys… Sure thing. Adding +Ed Miles who can help
> >
> > Mel
> >
> > On Wed, 17 Mar 2021, 10:22 am ████████████████████ wrote,
> > > Hi Mel,
> > >
> > > ████████████████████████████████████████████████
> > >
> > > I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
> > >
> > > At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ████████████████████ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
> > >
> > > The channel has still not been terminated (nor have any of their associated channels, like RT America, RT en Español, etc.).
> > >
> > > - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVlUcRZa2Y
> > > - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
> > > - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=SAokjYKBz6l
> > >
> > > Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
> > >
> > > But that's actually not the only reason why I'm reaching out to you.
> > >
> > > RT Arabic submitted several patently false counter notifications to YouTube.
> > >
> > > Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
> > >
> > > The merits of our case are extremely strong. RT Arabic ripped off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
> > >
> > > We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
> > >
> > > Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
> > >
> > > If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.
> > >
> > > As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.
> > >
> > > Would YouTube/Google be interested in learning about our case against RT?
> > >
> > > Sincerely,
> > >
> > > ████ & Alex



- Ed Miles
- Director, YouTube Partnerships AuNZ
  Head of TV, Film and Sport, Asia Pacific
  ████████████████████

ALEX EDSON
CEO | Business Casual
youtube.com/BusinessCasual



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



- Ed Miles
- Director, YouTube Partnerships AuNZ
- Head of TV, Film and Sport, Asia Pacific

---

**Alex Edson** <alex@casual.yt>  Mar 17, 2021, 9:47 PM
to Ed, Daniel, Michael, Chloe

Hi Ed,

Thank you for your email. March 23rd works perfectly.

Please feel free to send a calendar invite for a time that works for you and your team, and we'll make it happen.

Kind regards,

Alex

---

On Wed, Mar 17, 2021 at 8:39 PM Ed Miles <████@google.com> wrote:

> Hey Alex, and thanks for getting back to us.
> We had an internal call today and would like to schedule a call with you and ████. We would like to try and include a colleague from the US, so we are trying to coordinate collective diaries.
> How are you placed for a VC next Tuesday 23rd March?
> Speak soon, Ed

On Thu, Mar 18, 2021 at 8:34 AM Alex Edson <alex@casual.yt> wrote:
> Good morning, Ed.
>
> Thanks for getting back to me.
>
> Sounds good – I'll look for your email in the next few hours. I will cancel the calendar invite that I sent earlier.
>
> Speak soon!
>
> On Wed, Mar 17, 2021 at 2:22 PM Ed Miles <████@google.com> wrote:
>> Moving Mel to bcc (she is out on maternity leave)
>>
>> Morning Alex ... and great to meet you as well.
>>
>> We are still coordinating diaries internally, give me a few hours and I will come back to you with our availabilities.
>>
>> Speak soon, Ed
>>
>> On Wed, 17 Mar 2021, 5:33 pm Alex Edson, <alex@casual.yt> wrote:
>>> Hi Ed,
>>>
>>> It's a pleasure to make your acquaintance.
>>>
>>> Mel, thank you so much for your fast response!
>>>
>>> Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.
>>>
>>> ^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).

In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.

https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDlNrJlDGVGzgWDi4Zlaf1tp1b20

On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <█████@google.com> wrote:

> + Dan
> and moving Mel to bcc
>
> Hi ███ and Alex,
>
> Let's get to the bottom of this.... Please can you let me know some times that suit you tomorrow for a call?
>
> Speak soon, Ed

On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <█████@google.com> wrote:

> Hey guys... Sure thing. Adding +Ed Miles who can help
>
> Mel

On Wed, 17 Mar 2021, 10:22 am ██████████████████████ wrote:

> Hi Mel,
>
> ████████████████████████████████████████████████████████████
>
> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>
> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ████████████████████████████ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>
> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>
> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVlUcRZa2Y
>
> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
>
> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AoklYKBz8I
>
> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>
> But that's actually not the only reason why I'm reaching out to you.
>
> RT Arabic submitted several patently false counter notifications to YouTube.
>
> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
>
> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
>
> We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
>
> Notwithstanding, we're fighting a formidable foe – one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
>
> If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.
>
> As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.
>
> Would YouTube/Google be interested in learning about our case against RT?
>
> Sincerely,
>
> ███ & Alex
>
> --
>
> ▶ YouTube
> - Ed Miles
> - Director, YouTube Partnerships AuNZ
> - Head of TV, Film and Sport, Asia Pacific
> ████████████████████

--



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



**Alex Edson** <alex@casual.yt>　　　　　　　　　　　　　　　　　　　　　Mar 18, 2021, 7:04 AM
to Ed, Daniel, Michael, Chloe

Hey Ed,

I've received an email from Google's Moscow office, please see below. I'll hold off on responding to Elisabet until I hear back from you.

Please note: RT Arabic received three copyright strikes from Business Casual. All three of these copyright strikes were placed on RT Arabic's channel within a span of 52 calendar days. The 7-day courtesy period ended on March 11th (to reiterate: 14 calendar days have passed since the channel received its third copyright strike on March 4th). The details of each strike are outlined in the document I provided earlier (here it is again, for your convenience).

As I understand it, YouTube applies the same rules and Terms of Service to all channels (regardless of subscriber count and political influence). As such, may I request an update on the termination of this obvious repeat infringer (RT Arabic) and their 38 other associated channels (like RT America, RT en Español, etc.) pursuant to YouTube's Terms of Service?



On Wed, Mar 17, 2021 at 9:47 PM Alex Edson <alex@casual.yt> wrote:
Hi Ed,

Thank you for your email. March 23rd works perfectly.

Please feel free to send a calendar invite for a time that works for you and your team, and we'll make it happen.

Kind regards,

Alex

On Wed, Mar 17, 2021 at 8:39 PM Ed Miles <█████@google.com> wrote:

Hey Alex, and thanks for getting back to us.

We had an internal call today and would like to schedule a call with you and ▉▉▉ We would like to try and include a colleague from the US, so we are trying to coordinate collective diaries.

How are you placed for a VC next Tuesday 23rd March?

Speak soon, Ed

> On Thu, Mar 18, 2021 at 8:34 AM Alex Edson <alex@casual.yt> wrote:
>
> Good morning, Ed.
>
> Thanks for getting back to me.
>
> Sounds good – I'll look for your email in the next few hours. I will cancel the calendar invite that I sent earlier.
>
> Speak soon!
>
>> On Wed, Mar 17, 2021 at 2:22 PM Ed Miles <▉▉▉@google.com> wrote:
>>
>> Moving Mel to bcc (she is out on maternity leave)
>>
>> Morning Alex ... and great to meet you as well.
>>
>> We are still coordinating diaries internally, give me a few hours and I will come back to you with our availabilities.
>>
>> Speak soon, Ed
>>
>>> On Wed, 17 Mar 2021, 5:33 pm Alex Edson, <alex@casual.yt> wrote:
>>>
>>> Hi Ed,
>>>
>>> It's a pleasure to make your acquaintance.
>>>
>>> Mel, thank you so much for your fast response!
>>>
>>> Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.
>>>
>>> ^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).
>>>
>>> In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.
>>>
>>> https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDlNrJlDGVGzgWDt4Zlaf1tp1b20
>>>
>>>> On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <▉▉▉@google.com> wrote:
>>>>
>>>> + Dan
>>>> and moving Mel to bcc
>>>>
>>>> Hi ▉▉▉ and Alex,
>>>>
>>>> Let's get to the bottom of this.... Please can you let me know some times that suit you tomorrow for a call?
>>>>
>>>> Speak soon, Ed
>>>>
>>>>> On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <▉▉▉@google.com> wrote:
>>>>>
>>>>> Hey guys... Sure thing. Adding +Ed Miles who can help
>>>>>
>>>>> Mel
>>>>>
>>>>>> On Wed, 17 Mar 2021, 10:22 am ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ wrote:
>>>>>>
>>>>>> Hi Mel,
>>>>>>
>>>>>> ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
>>>>>>
>>>>>> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>>>>>>
>>>>>> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ▉▉▉▉▉▉▉▉▉▉ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>>>>>>
>>>>>> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>>>>>>
>>>>>> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVlUcRZa2Y
>>>>>>
>>>>>> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
>>>>>>
>>>>>> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBz8I
>>>>>>
>>>>>> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>>>>>>
>>>>>> But that's actually not the only reason why I'm reaching out to you.
>>>>>>
>>>>>> RT Arabic submitted several patently false counter notifications to YouTube.
>>>>>>
>>>>>> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 -- and, if we lose, it will have devastating effects for all YouTube creators.**
>>>>>>
>>>>>> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.







4 Attachments




**Alex Edson** <alev@bcasual.yv>  Mar 23, 2021, 10:16 AM
to Ed, Daniel, Michael, Chloe, bcc: Mel

Hey Ed,

I hope you are well.

Just a friendly reminder, you requested a voice call meeting for today (but ▇▇ and I haven't received any instructions on how to join the meeting).

Kind regards,

Alex

---

  Mar 24, 2021, 2:16 AM
to Ed, Daniel, me, Chloe

Hey Guys,

It has now been twenty (20) days since RT Arabic received its third copyright strike from Business Casual. Despite this, RT Arabic still hasn't been terminated per YouTube's repeat infringer policy (nor have any of RT Arabic's associated channels).

As a reminder, here are the facts:

- RT Arabic has three (3) copyright strikes.

- RT Arabic is a repeat infringer and the termination of their channel is certainly appropriate under the circumstances considering the brazenness of their illegal infringements (i.e. removing my channel's watermark and egregiously swapping it out with their own, without any credit/attribution to Business Casual of any kind, etc.).

- The evidence of RT Arabic's willful copyright infringement is obvious (see here for example).

- Each of the three (3) copyright strikes were applied to RT Arabic's channel within a span of 52 calendar days (well within YT's "90-day period", see the timeline of material events we procured for your legal team for verification).

- As stated above, the "7-day courtesy period" ended several weeks ago (RT Arabic received its third copyright strike from BC twenty days ago as of the time of this writing).

Once more: may we request an update on the termination of RT Arabic's YouTube channel and its thirty-eight other associated channels?

...

2 Attachments



**Ed Miles**  Mar 24, 2021, 4:35 PM
to me, Daniel, Michael

Hi Alex and ▮▮▮

Trust you are both well…In light of the litigation currently on-foot between the parties, we do not think that it is appropriate for YouTube to be discussing this matter with you.

Of course, if you have any other concerns relating to your YouTube channel, please let Dan or I know.

I look forward to meeting in the near future. Kind regards. Ed

> On Wed, Mar 24, 2021 at 4:16 AM Alex Edson <alex@casual.yt> wrote:
> Hey Ed,
>
> I hope you are well.
>
> Just a friendly reminder, you requested a voice call meeting for today (but Michael and I haven't received any instructions on how to join the meeting).
>
> Kind regards,
>
> Alex
>
>> On Thu, Mar 18, 2021 at 7:04 AM Alex Edson <alex@casual.yt> wrote:
>> Hey Ed,
>>
>> I've received an email from Google's Moscow office, please see below. I'll hold off on responding to Elisabet until I hear back from you.
>>
>> Please note: RT Arabic received three copyright strikes from Business Casual. All three of these copyright strikes were placed on RT Arabic's channel within a span of 52 calendar days. The 7-day courtesy period ended on March 11th (to reiterate: 14 calendar days have passed since the channel received its third copyright strike on March 4th). The details of each strike are outlined in the document I provided earlier (here it is again, for your convenience).
>>
>> As I understand it, YouTube applies the same rules and Terms of Service to all channels (regardless of subscriber count and political influence). As such, may I request an update on the termination of this obvious repeat infringer (RT Arabic) and their 38 other associated channels (like RT America, RT en Español, etc.) pursuant to YouTube's Terms of Service?



>>> On Wed, Mar 17, 2021 at 9:47 PM Alex Edson <alex@casual.yt> wrote:
>>> Hi Ed,
>>>
>>> Thank you for your email. March 23rd works perfectly.
>>>
>>> Please feel free to send a calendar invite for a time that works for you and your team, and we'll make it happen.
>>>
>>> Kind regards,
>>>
>>> Alex
>>>
>>>> On Wed, Mar 17, 2021 at 8:39 PM Ed Miles <▮▮▮@google.com> wrote:
>>>> Hey Alex, and thanks for getting back to us.
>>>> We had an internal call today and would like to schedule a call with you and ▮▮▮  We would like to try and include a colleague from the US, so we are trying to coordinate collective diaries.
>>>> How are you placed for a VC next Tuesday 23rd March?
>>>> Speak soon, Ed
>>>>
>>>>> On Thu, Mar 18, 2021 at 8:34 AM Alex Edson <alex@casual.yt> wrote:
>>>>> Good morning, Ed.
>>>>>
>>>>> Thanks for getting back to me.
>>>>>
>>>>> Sounds good – I'll look for your email in the next few hours. I will cancel the calendar invite that I sent earlier.
>>>>>
>>>>> Speak soon!
>>>>>
>>>>>> On Wed, Mar 17, 2021 at 2:22 PM Ed Miles <▮▮▮@google.com> wrote:
>>>>>> Moving Mel to bcc (she is out on maternity leave)
>>>>>>
>>>>>> Morning Alex … and great to meet you as well.
>>>>>>
>>>>>> We are still coordinating diaries internally, give me a few hours and I will come back to you with our availabilities.

Speak soon, Ed

On Wed, 17 Mar 2021, 5:33 pm Alex Edson, <alex@casual.yt> wrote:
> Hi Ed,
>
> It's a pleasure to make your acquaintance.
>
> Mel, thank you so much for your fast response!
>
> Any time between 9 am – noon (Sydney time) on Thursday, March 18th, works for me.
>
> ^ Please let me know if this works for you and I'll do my best to get our attorney on the call as well (Anderson Duff).
>
> In advance of the call, I've prepared a timeline of material events pertaining to our lawsuit (below). It should help with getting everyone on the same page. And, of course, you have my permission to share this with your legal team.
>
> https://docs.google.com/document/d/1X9EjRvPB47O1BDOuDlNrJlDGVGzgWDl4Zlaf1tp1b20
>
> On Tue, Mar 16, 2021 at 11:08 PM Ed Miles <████@google.com> wrote:
>> + Dan
>> and moving Mel to bcc
>>
>> Hi ████ and Alex,
>>
>> Let's get to the bottom of this.... Please can you let me know some times that suit you tomorrow for a call?
>>
>> Speak soon, Ed
>>
>> On Wed, Mar 17, 2021 at 4:02 PM Mel Silva <████@google.com> wrote:
>>> Hey guys... Sure thing. Adding +Ed Miles who can help
>>>
>>> Mel
>>>
>>> On Wed, 17 Mar 2021, 10:22 am ████████████████████████████ wrote:
>>>> Hi Mel,
>>>>
>>>> ████████████████████████████████████████████████████████████
>>>>
>>>> I'm truly sorry to bother you with the following matter – I wouldn't be reaching out to you if it wasn't very important.
>>>>
>>>> At least three of my copyrighted videos on my other YouTube channel (Business Casual - 962K subs) ████████████████
>>>> ████████████ were brazenly and illegally infringed upon by the YouTube channel RT Arabic. Since filing our DMCA takedown requests with YouTube, RT Arabic has received three copyright strikes on its YouTube channel (all of which were received within a span of 52 calendar days).
>>>>
>>>> The channel has still not been terminated (nor have any of their associated channels like RT America, RT en Español, etc.).
>>>>
>>>> - RT Arabic copyright strike #1: https://www.youtube.com/watch?v=NsVlUcRZa2Y
>>>>
>>>> - RT Arabic copyright strike #2: https://www.youtube.com/watch?v=ju5ScQ-yibw
>>>>
>>>> - RT Arabic copyright strike #3: https://www.youtube.com/watch?v=3AokIYKBz8I
>>>>
>>>> Would you be kind enough to please look into why RT Arabic and their 38 other associated channels have not been terminated?
>>>>
>>>> But that's actually not the only reason why I'm reaching out to you.
>>>>
>>>> RT Arabic submitted several patently false counter notifications to YouTube.
>>>>
>>>> Consequently, we've been forced to file a federal lawsuit against RT Arabic (otherwise YouTube would reinstate the infringing content). **The outcome of our lawsuit will undoubtedly affect every YouTube creator. This will be a landmark case that will redefine Fair Use for video in 2021 – and, if we lose, it will have devastating effects for all YouTube creators.**
>>>>
>>>> The merits of our case are extremely strong. RT Arabic ripped-off our video and falsely claimed Fair Use. Attached is a copy of our lawsuit which was filed in the Second Circuit.
>>>>
>>>> We've engaged the NY-based law firm, Hogan Duff, as our counsel to represent us in this matter. They feel very confident that we will emerge victoriously.
>>>>
>>>> Notwithstanding, we're fighting a formidable foe -- one with an unlimited bank account. For context, RT is controlled and funded entirely by the Russian government.
>>>>
>>>> If Google is interested in learning about our case (and how it will undoubtedly and severely affect YouTube if we lose) I'd like to share the details of our case with you and your team.
>>>>
>>>> As I understand it, Google offers select creators up to $1 million dollars in indemnification to fight these kinds of matters. If Google's legal team concurs with the merits of our case, we'd be honored to be considered for this program.
>>>>
>>>> Would YouTube/Google be interested in learning about our case against RT?
>>>>
>>>> Sincerely,
>>>>
>>>> ████ & Alex
>>
>> --
>>
>> ▶ YouTube
>>   • Ed Miles
>>   • Director, YouTube Partnerships AuNZ
>>   • Head of TV, Film and Sport, Asia Pacific
>>   ████████████████████████████

**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual




- Ed Miles
- Director, YouTube Partnerships AuNZ
- Head of TV, Film and Sport, Asia Pacific

**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual



**ALEX EDSON**
CEO | Business Casual
youtube.com/BusinessCasual







**Alex Edson** <alex@casual.yt>
to Ed, Mel, Daniel, Chloe, susanw, susan, Sundar, hennessy

Mon, Apr 12, 12:47 AM (10 days ago)

Dear Mrs. Silva and Mr. Miles:

Despite my countless good-faith attempts to amicably resolve this matter, YouTube has ignored our letters, and we are now left with no choice but to dramatically escalate this situation.

As detailed in the enclosed letter already provided to Alphabet's Board of Directors, YouTube has completely failed to enforce its repeat infringer policy with respect to the Kremlin-controlled RT Arabic YouTube channel.

Furthermore, your comments appear to indicate that Google is colluding with the Kremlin-controlled RT Arabic YouTube channel in clear violation of the law.

This is despite the fact that you have already acknowledged that RT Arabic's YouTube channel has received three (3) copyright strikes within a period of fifty-two (52) days from my YouTube channel, Business Casual (strike #1, strike #2, strike #3).

As of the time of this writing, RT Arabic's "seven-day courtesy period" ended over a month ago.

We plan to make a video detailing Google's apparent collusion with the Kremlin-controlled RT Arabic YouTube channel in great detail.

Please be advised: if we do not receive confirmation by 9:00 A.M MST, on April 16, 2021, that RT Arabic's YouTube's channel has been terminated in accordance with YouTube's repeat infringer policy and the law, my legal counsel shall proceed with filing a federal lawsuit against Alphabet and its relevant subsidiaries in the Second Circuit.

YouTube can avoid this lawsuit by way of simply applying its Rules & Policies equally to all YouTube channels on its platform (regardless of subscriber count and political influence).

### What action does YouTube take for copyright infringement?

If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a **copyright strike**. If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated. We also have tools to help Creators resolve their copyright strikes - including waiting for it to expire after 90 days, requesting a retraction, or submitting a counter notification.

We await your expeditious response.

Sincerely,

Alex Edson

**7 Attachments**



Dear Alphabet Boar...   Dear Alphabet Boar...