# Exhibit S

From: **YouTube Copyright** <youtube-disputes+3efwtsbn656b80q@google.com>
Date: Wed, Apr 14, 2021 at 2:21 PM
Subject: Re: Dear Alphabet Board of Directors
To: <alex@casual.yt>

Dear Mr. Edson:

We write to respond to your April 2, 2021 letter.

Your letter asserts that YouTube has failed to abide by its repeat infringer policy in connection with the takedown notices that Business Casual submitted in connection with RT Arabic content. We suggest that you review our repeat infringer policy, including how copyright strikes are applied as explained in YouTube's Help Center. As you'll see, under the section titled "Resolve a copyright strike," we explain that copyright strikes are resolved when the uploader submits, and YouTube accepts, a counter notification. As your letter acknowledges, in this case RT Arabic in fact submitted counter notifications in response to one or more of Business Casual's takedown requests. Those requests, accordingly, do not constitute strikes under YouTube's repeat infringer policy and the RT Arabic channel has not accumulated three copyright strikes. Relatedly, under the section titled "Courtesy period," we explain that YouTube's partners' channels that were the subject of copyright takedown notifications but that file counter notifications typically "won't be disabled while the counter notification is unresolved." To our knowledge, the counter notifications from RT Arabic that YouTube received and forwarded to Business Casual have not been resolved.

If a court resolves the copyright claims you've brought against RT Arabic in your favor, please let us know by emailing a copy of the judgment to copyright@youtube.com.

Regards,

YouTube Copyright Operations Team


--
**ALEX EDSON**
**CEO | Business Casual youtube.com/BusinessCasual**